The People of the State of New York, Respondent,
against
Joseph Josma, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John J. DeLury, J.H.O.), rendered February 20, 2014, after a nonjury trial, convicting him of disorderly conduct, and imposing sentence. Per Curiam.




Judgment of conviction (John J. DeLury, J.H.O.) rendered February 20, 2014, reversed, on the law, and the accusatory instrument dismissed, and fine and surcharge, if paid, remitted.
The accusatory instrument charging defendant with disorderly conduct (see Penal Law §240.20[7]) was jurisdictionally defective. Even assuming, without deciding, that the conduct alleged was of a type which has an "intent or tendency to provoke a breach of the peace" (People v Pritchard, 27 NY2d 246, 248 [1970]) or create "public disorder" (Donnino, Practice Commentaries, McKinney's Cons. Laws of NY, Book 39, Penal Law § 240.20, at 347), the accusatory instrument failed to provide sufficient factual allegations to provide reasonable cause to believe that defendant acted with the requisite culpable mental state to create a public disturbance (see People v Tichenor, 89 NY2d 769, 775 [1997]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 14, 2016